

In The United States District Court, Northern District of Illinois

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, et al., Plaintiff | } } } } } | |
| v. | } } } | Case No. 011 CV 8133 |
| Langelands Construction, Inc., Defendant | } } | |

**FILED**
JUN 1 1 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## ANSWER

The PrivateBank and Trust Company acquired Founders Bank formerly known as Tri County Bank of Minooka in July 2009. This citation is improperly served on Tri County Bank of Minooka. The PrivateBank and Trust Company certifies that with regard to the property of the judgment debtor, the Third Party Citation Respondent files the following Answer to the Citation and certifies that it is **not** in possession of property of the judgment debtor.

Deposit Account          $0.00

Total Amount Held        $0.00

According to the records kept by the Citation Respondent we show the above information to be correct.

May 31, 2012
_____
Date

_____
Lynn C. Wanner
Paralegal
The PrivateBank and Trust Company