

201 Liberty Street • P.O. Box 520 • Morris, Illinois 60450-0520
815 / 942-0130 • FAX: 815 / 941-5170
www.grundybank.com

**FILED**

OCT 29 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

October 26, 2012

United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE: Citation to Discover Assets
    Case # 11CV 8133
    Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago
    Regional Council of Carpenters Welfare Fund vs. Langland Construction

In regard to the Citation to Discover Assets on the case mentioned above, our records do indicate an open checking account with a balance of $15,727.62. I have placed a hold on that account until further notice.

It is my understanding that forwarding this information, makes it unnecessary for us to appear in court.

Should you have any questions with regard to this matter, please do not hesitate to call.

Sincerely,

DiAnn Chamberlain
Assistant Vice President